**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRY EVANS,<br><br>              Petitioner,<br><br>   v.<br><br>RICHARD IVES,<br><br>              Respondent. | Case No. CV 16-04912 FMO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.   The Court accepts the findings and recommendations of the Magistrate Judge.

IT   THEREFORE   IS   ORDERED   that   (1)   the   Final   Report   and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss is granted; and (3) Judgment shall be entered denying the Petition and dismissing the action without prejudice for lack of subject matter jurisdiction.

DATED:  January 6, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE