# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRY EVANS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD IVES,<br><br>　　　　　　Respondent. | Case No. CV 16-04912 FMO (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: January 6, 2017

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE